**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6308**

RICHARD HATCH,

              Plaintiff - Appellant,

         v.

DOMINIC A. GUTIERREZ, SR.; WAYNE PHILLIPS, Warden; LEWIS
BRESCOACH, Health Services Administrator; VERONICA
FERNANDEZ, Case Management Coordinator; DANIEL J. HICKEY,
DMD, Chief Dental Officer; RENEE CROGAN, Assistant Health
Administrator,

              Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:07-cv-00104-REM-JSK)

Submitted:  July 31, 2009            Decided:  November 2, 2010

Before GREGORY and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Richard Hatch, Appellant Pro Se.  Betsy C. Jividen, Assistant
United States Attorney, Daniel W. Dickinson, Jr., OFFICE OF THE
UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Hatch appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hatch v. Gutierrez, No. 2:07-cv-00104-REM-JSK (N.D. W. Va. Feb. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED